Richard K. Grosboll, State Bar No. 099729
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email:  rgrosboll@neyhartlaw.com
         sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ENGELHART ELECTRIC CO., INC., a California Corporation,<br><br>Defendant. | Case No.  C-06-3432 MHP<br><br>**STIPULATION OF DISMISSAL & [Proposed] ORDER**<br><br>Hearing Date:<br>Time:<br>Courtroom:   15<br>Location:     18th Floor,<br>                   450 Golden Gate Ave.<br>                   San Francisco, CA 94102<br>Judge:         Hon. Marilyn H. Patel<br><br>Complaint Filed:   May 26, 2006 |

NOTICE IS HEREBY GIVEN THAT pursuant to SETTLEMENT AGREEMENT, filed February 1, 2007 in the above-action, the parties certify to the Court that the payments specified in that Settlement Agreement have been made in full. Therefore, pursuant to paragraph 5 of the Settlement Agreement, the parties hereby request the Court dismiss the above-captioned action against all parties with prejudice.

Respectfully Submitted,

Dated: June 9, 2008

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

Dated: June 9, 2008

SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____
ROGER M. MASON
Attorneys for Defendant Engelhart Electric

IT IS SO ORDERED.

Dated: June 11, 2008

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Case No. C-06-3420 CRB
STIPULATION OF DISMISSAL & [Proposed] ORDER